IN THE OREGON TAX COURT
REGULAR DIVISION
Income Tax

| | | |
|---|---|---|
| CHARLES RINGO, | ) | |
| | ) | |
| Plaintiff, | ) | **TC 5480** |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | **ORDER GRANTING DEFENDANT'S** |
| State of Oregon, | ) | **MOTION TO DISMISS AND DENYING** |
| | ) | **AS MOOT PLAINTIFF'S MOTION TO** |
| Defendant. | ) | **COMPEL** |

This matter comes before the court on Defendant's Motion to Dismiss, filed July 15, 2026. The motion argues that Plaintiff's appeal is moot because Defendant "has reversed the assessment and is issuing plaintiff a refund." (Def's Motion at 1.) Based on subsequent filings, there is no dispute that the refund has been paid.[1] The court thus finds that "there is no possibility of a practical effect on the tax liability of the taxpayer," and the case should be dismissed for that reason. *FedEx Ground Package System, Inc. v. Dept. of Rev.*, 20 OTR 547, 549 (2012). Now, therefore,

IT IS ORDERED that Defendant's Motion to Dismiss is granted.

/ / /

/ / /

/ / /

---

[1] On July 23, 2026, the court received from Plaintiff by mail a Memorandum in Opposition to Motion to Dismiss, objecting that he had not yet received the refund, seeking an accounting of how interest was calculated, and alleging that Defendant sought dismissal for the "improper purpose" of "avoiding inquiry into misconduct in discovery," specifically, the excessive redaction of certain documents produced. (Ptf's Memo at 1.) At the court's invitation, Defendant filed a reply on July 29, 2026. The reply included a declaration showing that, as of July 21, 2026, Plaintiff had acknowledged receiving an explanation of Defendant's computations of interest and depositing the refund checks. The declaration also alleged that Defendant had produced the redacted documents in 2023 and informed Plaintiff on July 13, 2026, that the redacted information "would disclose particulars concerning another taxpayer" that were prohibited from disclosure by ORS 314.835(1). (*See* Def's Decl of Weirnick (July 28, 2026) at 1-2 & Ex D at 1.)

IT IS FURTHER ORDERED that Plaintiff's outstanding Motion to Compel dated July 9, 2026, is denied as moot.

Dated this 31st day of July, 2026.

7/31/2026 11:22:32 AM

_____

**Judge Robert T. Manicke**